

# ARKANSAS COURT OF APPEALS

DIVISION III

No. CV–16–94

| | | |
|---|---|---|
| BRIAN J. KUKLA | | **Opinion Delivered** May 25, 2016 |
| | APPELLANT | |
| V. | | APPEAL FROM THE SEBASTIAN COUNTY CIRCUIT COURT, FORT SMITH DISTRICT [NO. JV-2011-579] |
| ARKANSAS DEPARTMENT OF HUMAN SERVICES AND MINOR CHILD | | HONORABLE JIM D. SPEARS, JUDGE |
| | APPELLEES | AFFIRMED; MOTION TO WITHDRAW GRANTED |

**PHILLIP T. WHITEAKER, Judge**

Appellant Brian Kukla appeals from a Sebastian County Circuit Court order terminating his parental rights to his son, B.K. (d/o/b 09/29/10).[1] His attorney has filed a motion to withdraw as counsel that is accompanied by a brief filed pursuant to Arkansas Supreme Court Rule 6-9 and *Linker-Flores v. Arkansas Department of Human Services*, 359 Ark. 131, 194 S.W.3d 739 (2004), in which counsel argues that there are no issues of arguable merit for appeal. Mr. Kukla was given an opportunity to file pro se points for reversal but did not do so.

After carefully examining the record and the no-merit brief, we hold that Mr. Kukla's counsel has complied with the requirements for no-merit parental-termination appeals and that the appeal is wholly without merit. Accordingly, we affirm by memorandum opinion the

---

[1] The order also terminated the parental rights of Jacqueline Kukla, B.K.'s mother. She has not appealed the order terminating her parental rights and is not a party to this appeal.



termination of Mr. Kukla's parental rights. *See In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985); Ark. Sup. Ct. R. 5-2(e) (2015). We also grant counsel's motion to withdraw from representation of Mr. Kukla.

Affirmed; motion to withdraw granted.

HARRISON and BROWN, JJ., agree.

*Leah Lanford*, Arkansas Public Defender Commission, for appellant.

No response.